IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| GARY ANTHONY CLARK, | ) | CIVIL ACTION NO. CV206-294 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MORAN TOWING CORPORATION, | ) | |
| d/b/a MORAN TOWING OF | ) | |
| SAVANNAH, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

### ORDER

A Motion for Special Permission to Practice pursuant to L.R. 83.4 having been filed in this Court, and the same being considered, it is the ORDER of this Court that said Motion is hereby **GRANTED**. John R. Ferrelle, Jr. is hereby granted permission to practice in the above-styled case pursuant to L.R. 83.4.

**SO ORDERED**, this the 28th day of December, 2006.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

\*\*\*

NAME OF PETITIONER:        **JOHN RICE FERRELLE, JR.**

Business Address:          **MURPHY & ANDERSON, P.A.**
                           One Independent Drive, Suite 1801
                           Jacksonville, Florida 32202
                           (904) 598-9282 (phone)
                           (904) 598-9283 (fax)
                           rferrelle@murphyandersonlaw.com
                           Florida Bar No. 0835811