# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK

2007 JAN 17 P 1:07

/s/ J. LaVictoire

| | | |
|---|---|---|
| **GARY ANTHONY CLARK** | Case No. | CV206-294 |
| Plaintiff | | |
| v. | Appearing on behalf of | |
| **MORAN TOWING CORP.** | John R. Ferrelle, Esq. / Eric L. Leach, Esq. | |
| Defendant | (Plaintiff/Defendant) | |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 17th day of January, 2007.

/s/ James E. Graham
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** James L. D'Andrea, Esq.

**Business Address:** Milton, Leach, Whitman, D'Andrea, Charek & Milton, P.A.
Firm/Business Name

815 S. Main St., Ste. 200
Street Address

Jacksonville   FL   32207
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2         City, State, Zip
904-346-3800
Telephone Number (w/ area code)   Georgia Bar Number